IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GERALD J. JORDAN,

   Plaintiff,

    v.

CLAYTON COUNTY
GOVERNMENT, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:17-CV-3876-TWT

**ORDER**

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending allowing the Plaintiff's Americans With Disabilities Act claim to go forward against Clayton County only and dismissing all other claims. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiff's Americans With Disabilities Act claim may proceed against Clayton County only. All other claims are dismissed.

SO ORDERED, this 18 day of April, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge